CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Amber L. Roller, CA Bar No. 273354
amber.roller@ogletree.com
J. Nicholas Marfori, Bar No. 311765
nicholas.marfori@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendants
G6 HOSPITALITY PROPERTY LLC;
MOTEL 6 OPERATING L.P. and G6 HOSPITALITY LLC

APPROVED
Judge Edward J. Davila
1/6/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br><br>G6 HOSPITALITY PROPERTY LLC, a Delaware Limited Liability Company; MOTEL 6 OPERATING L.P., a Delaware Limited Partnership; G6 HOSPITALITY LLC, a Delaware Limited Liability Company; SOUTH BAY FAST FOODS, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:18-cv-02744-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Joint Stipulation　　　　　-1-　　　　　5:18-cv-02744-EJD

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the plaintiff Scott Johnson and defendants G6 Hospitality Property LLC, Motel 6 Operating L.P., and G6 Hospitality LLC that this action may be dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

Dated: January 06, 2020         CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorneys for Plaintiff

Dated: January 06, 2020         OGLETREE, DEAKINS, NASH, SMOAK
                                & STEWART, P.C.


                                By:   /s/ Amber L. Roller
                                      Amber L. Roller
                                      J. Nicholas Marfori

                                      Attorneys for Defendants
                                            G6 Hospitality Property LLC; Motel 6
                                            Operating L.P. and G6 Hospitality LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Amber L. Roller, counsel for G6 Hospitality Property LLC; Motel 6 Operating L.P. and G6 Hospitality LLC, and that I have obtained authorization to affix her electronic signature to this document.

Dated: January 06, 2020       CENTER FOR DISABILITY ACCESS

By:    /s/ Amanda Lockhart Seabock
       Amanda Lockhart Seabock
       Attorneys for Plaintiff

41118103.1